UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD L. PAUL                                                    CIVIL ACTION

VERSUS                                                            NO. 12-2359

SHARON WEAVER, ET AL.                                             SECTION "A"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Ronald L. Paul, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 27th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE
JAY C. ZAINEY